**Document Not Imaged**

**The paper document is available in the Clerk's Office Files Department**

**Document Not Imaged**

**The paper document is available in the Clerk's Office Files Department**